UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CALVIN CHARLES COLBERT, JR.,

    Defendant-Movant,

Case No. 1:24-cv-321

v.

Hon. Hala Y. Jarbou

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.

_____/

## JUDGMENT

In accordance with the opinion and order issued this date:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff-Respondent and against Defendant-Movant in this § 2255 proceeding.

Dated: November 1, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE